19-156

## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__    Erie _____    Johnstown _____

Related to No. _____ Judge _____

(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. _X_ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: DAVID TINLEY

Is indictment waived:           _X_ Yes     ____ No

Pretrial Diversion:             ____ Yes    _X_ No

Juvenile proceeding:            ____ Yes    _X_ No

Defendant is:                   _X_ Male    ____ Female

Superseding indictment or information   ____ Yes   _X_ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on governments' motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred: Allegheny

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant: ____ is in custody     _X_ is not in custody

Name of Institution: _____

Custody is on: ____ this charge     ____ another charge

                      ____ another conviction

                ____ State     ____ Federal

Detainer filed: ____ yes     ____ no

Date detainer filed: _____

Total defendants: 1

Total counts: 1

Data below applies to defendant No.: 1

Defendant's name: DAVID TINLEY

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 1030(a)(5)(A) and 1030(c)(4)(B)(i) | Intentional Damage to a Protected Computer | X |

**FORFEITURE ALLEGATION**

I certify that to the best of my knowledge the above entries are true and correct.

DATE: _____

*Shardul S. Desai* (signature)
SHARDUL S. DESAI
Assistant U.S. Attorney
DC ID No. 990299