IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

DAVID TINLEY,

    *Defendant*.

Criminal No. 2:19-cr-156 - 1

Hon. Peter J. Phipps

## HEARING MEMO

HEARING HELD:  Waiver and Plea
DATE HEARING HELD:  June 24, 2019
BEFORE:  Judge Peter J. Phipps

| Appearing for Plaintiff: | Appearing for Defendant: |
|---|---|
| Shardul S. Desai, Esquire | Stanley W. Greenfield, Esquire |
| Hearing began at 10:02 a.m. | Hearing concluded at 11:44 a.m. |

Stenographer:  Shirley Hall

OUTCOME:

Hearing adjourned.

A waiver of indictment and guilty plea were not accepted by the Court.

This waiver and plea hearing will be continued to 07/19/19 at 10:30 AM.  The parties are directed to notify the Court by 07/16/19 if this hearing becomes unnecessary.